# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WILLIAM PENN DEVELOPMENT COALITION, | : No. 86 EM 2014 |
| Petitioner | : |
| v. | : |
| THE SCHOOL DISTRICT OF PHILADELPHIA AND PHILADELPHIA SCHOOL REFORM COMMISSION, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of August, 2014, the "Petition in the Nature of a Complaint for Declaratory Judgment and Injunctive Relief," treated as an Application for Relief per Pa.R.A.P. 123, the Petition for Preliminary Injunction, and the Emergency Application for Expedited Consideration are **DENIED**.